UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LIDSON FERREIRA BASTOS,<br><br>    Petitioner,<br><br>v.<br><br>ANTONE MONIZ et al.,<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>)   Civil No. 25-13676-LTS<br>)<br>)<br>)<br>)<br>) |

JUDGMENT

December 19, 2025

SOROKIN, J.

Pursuant to the Court's Electronic Order dated December 9, 2025 (Doc. No. 10), the Petition for Writ of Habeas Corpus is ALLOWED for the reasons and to the extent the Court described.

All parties shall bear their own fees and costs.

SO ORDERED.

                       /s/ Leo T. Sorokin
                      United States District Judge